JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES SHOOP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDRA HUTCHENS, et al.,<br><br>　　　　Defendants. | CASE NO. 8:18-CV-01795-MWF (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that the complaint is dismissed and this action is dismissed without prejudice.

DATED: January 10, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE